IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN D. FEIL, | No. 2:14-CV-2276-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

On March 10, 2016, the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders. In her pro se response, plaintiff states that she is attempting to secure counsel and asks for additional time. A review of the docket reflects that counsel has now appeared on behalf of plaintiff. Good cause appearing therefor, the order to show cause will be discharged and the time to prosecute this action under the court's scheduling order shall be extended.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on March 10, 2016, is discharged; and

2. Plaintiff's motion for summary judgment and/or remand is due within 30 days of the date of this order.

DATED: June 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE