PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN D. FEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02276-TLN-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including September 28, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense counsel needs the additional time to further review the file and prepare a response in this matter due to pre-approved leave and a heavy workload, including several other district court cases and other substantive work in the areas of employment law and civil rights, despite due diligence.

///

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 26, 2016            */s/ Lynn Harada for Jared Walker*_
                                  (*as authorized via email on 8/26/16)
                                  JARED WALKER
                                  Attorney for Plaintiff


Dated: August 26, 2016            PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      /s/  Lynn Harada
                                  LYNN HARADA
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

Dated: August 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE