UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN D. FEIL,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | No.  2:14-CV-02276-TLN-DMC<br><br><br>**ORDER** |

       Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Final judgment was entered on June 12, 2017, remanding this matter for further proceedings.

       The magistrate judge previously granted Plaintiff's unopposed motion for attorney's fees in this action under the Social Security Act.  (ECF No. 40.)  The Court awarded fees "in the amount of $10,639.34, payable directly to Plaintiff by the Commissioner. . . ."  (*Id.* at 2.)  Plaintiff filed timely objections requesting the Court direct payment to counsel, as she previously had agreed, "provided Plaintiff has no federal debt that requires offset."  (ECF No. 41.)  The Court SUSTAINS the objections and AWARDS fees in the amount of $10,639.34, payable directly to counsel, Jared Walker, by the Commissioner, provided Plaintiff has no federal debt that requires

1

offset.  *See, e.g., Fagan v. Berryhill*, No. 16-02051, 2018 U.S. Dist. LEXIS 181992, at *9 (E.D. Cal., Oct. 23, 2018) (ordering similarly and collecting similar decisions).

        IT IS SO ORDERED.

Date:  February 2, 2024

                _____
                Troy L. Nunley
                United States District Judge